August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DALFORD LAVON DENNISON, JR., Appellant

NO. 14-13-00410-CV                    V.

KAREN DENNISON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 19, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dalford Lavon Dennison, Jr.

We further order this decision certified below for observance.